Frank S. Wesson
OSB No. 901341
frank@wessonduncan.con
Wesson & Duncan
12725 SW 66th Avenue #101
Portland, OR  97223
(503) 292-5122
Fax: (503) 292-4933

Attorneys for Defendant
ANDERS CERTIFIED WELDING, INC.

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

# PORTLAND DIVISION

| | |
|---|---|
| TRUSTEES OF THE OREGON-WASHINGTON CARPENTERS-EMPLOYERS HEALTH AND WELFARE TRUST FUND, TRUSTEES OF THE OREGON-WASHINGTON CARPENTERS-EMPLOYERS PENSION TRUST FUND, TRUSTEES OF THE OREGON-WASHINGTON CARPENTERS-EMPLOYERS VACATION-SAVINGS TRUST FUND, TRUSTEES OF THE OREGON-WASHINGTON CARPENTERS-EMPLOYERS APPRENTICESHIP AND TRAINING TRUST FUND and THE PACIFIC NORTHWEST REGIONAL COUNCIL OF CARPENTERS,<br><br>          Plaintiffs,<br>    v.<br><br>ANDERS CERTIFIED WELDING, INC.,<br><br>          Defendant. | Civil No. 10-CV-1047-KI<br><br>ANSWER TO FIRST AMENDED COMPLAINT<br><br><br><br><br><br><br><br>DEMAND FOR JURY TRIAL |

/ / / / /

Page 1 of 4 – ANSWER TO FIRST AMENDED COMPLAINT

In Answer to Plaintiffs' First Amended Complaint, Defendant admits, denies, and alleges as follows:

1.     Defendant admits the allegations contained in paragraph 1 of Plaintiff's First Amended Complaint.

2.     Defendant admits the allegations contained in paragraph 2 of Plaintiff's First Amended Complaint.

3.     Defendant admits the allegations contained in paragraph 3 of Plaintiff's First Amended Complaint.

4.     Defendant admits the allegations contained in paragraph 4 of Plaintiff's First Amended Complaint.

5.     Defendant has insufficient information to admit or deny the allegations contained in paragraph 5 of Plaintiff's First Amended Complaint.

6.     Defendant has insufficient information to admit or deny the allegations contained in paragraph 6 of Plaintiff's First Amended Complaint.

7.     Defendant has insufficient information to admit or deny the allegations contained in paragraph 7 of Plaintiff's First Amended Complaint.

8.     Defendant admits the allegations contained in paragraph 8 of Plaintiff's First Amended Complaint.

9.     Defendant has insufficient information to admit or deny the allegations contained in paragraph 9 of Plaintiff's First Amended Complaint.

10.    Defendant denies the allegations contained in paragraph 10 of Plaintiff's First Amended Complaint.

11. Defendant denies the allegations contained in paragraph 11 of Plaintiff's First Amended Complaint.

12. Defendant denies the allegations contained in paragraph 12 of Plaintiff's First Amended Complaint.

13. Defendant denies the allegations contained in paragraph 13 of Plaintiff's First Amended Complaint.

14. Defendant denies the allegations contained in paragraph 14 of Plaintiff's First Amended Complaint.

BY WAY OF FURTHER ANSWER AND FIRST AFFIRMATIVE DEFENSE, Defendant alleges as follows:

15. Defendant, to its knowledge, has neither seen, read, nor signed the Trust Agreements that created the Trust Funds provided for in the Plaintiff's First Amended Complaint, set forth in Plaintiff's allegations contained in paragraphs 10 through 12.

DATED: April 19, 2011               WESSON & DUNCAN

                                    By:  /s/ Frank S. Wesson
                                         Frank S. Wesson, OSB No. 901341
                                         503-292-5122
                                         Of Attorneys For Defendant

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing Answer to Complaint by

☒ U.S. POSTAL SERVICE
☐ CM/ECF
☐ FACSIMILE SERVICE
☐ ELECTRONIC MAIL
☐ ARRANGING FOR HAND DELIVERY
☐ FEDERAL EXPRESS

Addressed as follows:

Stephen H. Buckley
Cary R. Cadonau
Brownstein Rask, et al.
1200 SW Main Building
Portland, OR  97205
(503) 221-1772

Attorneys for Plaintiffs

On April 19, 2011.

/s/ Frank S. Wesson
Frank S. Wesson, OSB No. 901341
Wesson & Duncan
12725 SW 66th Avenue #101
Portland, OR  97223
(503) 292-5122
Of Attorneys for Defendant