IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **TRUSTEES OF THE OREGON-WASHINGTON CARPENTERS-EMPLOYERS HEALTH AND WELFARE TRUST FUND**, et al., | Civil Case No. 3:10-CV-01047-KI |
| Plaintiffs, | JUDGMENT |
| vs. | |
| **ANDERS CERTIFIED WELDING, INC.**, | |
| Defendant. | |

      Stephen H. Buckley
      Cary R. Cadonau
      Brownstein, Rask, et al.
      1200 SW Main Street
      Portland, Oregon  97205

           Attorneys for Plaintiffs

Page 1 - JUDGMENT

Frank S. Wesson
Wesson & Duncan
12725 SW 66th Avenue, #101
Portland, Oregon  97223

       Attorney for Defendant

KING, Judge:

It is ordered that plaintiffs recover from defendant Anders Certified Welding, Inc. the following amounts:

1.     $186,800.43 in fringe benefits contributions and union dues;

2.     $56,161.06 in interest calculated through January 20, 2011, with interest continuing to accrue on the unpaid fringe benefit contributions ($171,812.02) at the rate of 12% per annum from January 21, 2011, through entry of judgment, and interest continuing to accrue on the unpaid union dues ($14,988.41) at the rate of 9% per annum from January 21, 2011, through entry of judgment;

3.     $30,199.33 in liquidated damages as of January 20, 2011, with liquidated damages continuing to accrue in an amount equal to one percent (1%) of the unpaid fringe benefit contributions ($171,812.02) for each monthly period on and after January 20, 2011, that they remain unpaid;

4.     $2,043.00 in payroll examination fees; and

5.     Costs.

Post-judgment interest will accrue at the rate of 0.10%.

Dated this    16th    day of November, 2011.

                                       /s/ Garr M. King
                                       Garr M. King
                                       United States District Judge