**Stephen H. Buckley**, OSB #80178
E-mail:  shb@brownrask.com
**Paul G. Dodds**, OSB #87203
E-mail: pgd@brownrask.com
Brownstein, Rask, Sweeney, Kerr,
  Grim, DeSylvia & Hay, LLP
1200 S.W. Main Street
Portland, OR  97205-2040
Telephone: (503) 221-1772
Facsimile:  (503) 221-1074

    Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| TRUSTEES OF THE OREGON-WASHINGTON CARPENTERS-EMPLOYERS HEALTH AND WELFARE TRUST FUND, et al.<br><br>    Plaintiffs,<br><br>    v.<br><br>ANDERS CERTIFIED WELDING, INC.<br><br>    Defendant. | Case No. 10-CV-1047-KI<br><br>PLAINTIFFS' MOTION FOR ATTORNEY'S FEES |

    Pursuant to Fed. R. Civ. P. 54(d)(2) and L.R. 54-3, plaintiffs move the court for entry of a judgment awarding plaintiffs attorney's fees in the sum of $18,671.25.

    In support of this motion plaintiffs rely on the record herein, the accompanying declaration of Paul G. Dodds, and the accompanying memorandum in support of motion for attorney's fees and bill of costs.

PAGE 1 -    PLAINTIFFS' MOTION FOR ATTORNEY'S FEES

DATED this 18th day of November, 2011.

          BROWNSTEIN, RASK, SWEENEY, KERR,
           GRIM, DeSYLVIA & HAY, LLP


         By: /s/ Paul G. Dodds
           STEPHEN H. BUCKLEY, OSB #801786
           PAUL G. DODDS, OSB #87203
           Attorneys for Plaintiffs

PAGE 2 - PLAINTIFFS' MOTION FOR ATTORNEY'S FEES