UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **TRUSTEES OF THE OREGON-WASHINGTON CARPENTERS-EMPLOYERS HEALTH AND WELFARE TRUST FUND,** et al., | Civil Case No. 3:10-CV-01047-KI |
| Plaintiffs, | SUPPLEMENTAL JUDGMENT |
| v. | |
| **ANDERS CERTIFIED WELDING, INC.**, | |
| Defendant. | |

    Stephen H. Buckley
    Paul G. Dodds
    Brownstein, Rask, Sweeney, Kerr, Grim,
      DeSylvia & Hay, LLP
    1200 SW Main Street
    Portland, Oregon  97205-2040

        Attorneys for Plaintiffs

Page 1 - SUPPLEMENTAL JUDGMENT

Frank S. Wesson
Wesson & Duncan
12725 SW 66th Avenue, Suite 101
Portland, Oregon  97223

      Attorney for Defendant

KING, Judge:

      It is ordered that plaintiffs recover from defendant Anders Certified Welding, Inc. the following additional amounts:

      1.    $18,671.25 in attorney fees; and

      2.    $1,032.84 in costs.

      Post-judgment interest will accrue at the rate of 0.13%.

      Dated this   12th   day of December, 2011.

                            /s/ Garr M. King
                            Garr M. King
                            United States District Judge